# United States Bankruptcy Court
## Northern District of Indiana

In Re <u>Brian Anthony Baker, Kristen Lee Baker</u>          Case No-<u>10-32666</u>
                                                              <u>Chapter 13</u>

# **CHAPTER 13 PLAN**

1. <u>Payments to the Trustee</u>- The future earnings of other forms income of the Debtor is submitted to the supervision and control of the trustee. The DEBTOR ( OR THE Debtors employer) shall pay to the Trustee the sum of **$330.83** per month for **60** months.

Total of plan payments: **$19,849.83**

2. <u>Plan Length</u>: This plan is estimated to be **for 60** months.

3. Allowed claims against the Debtor shall be paid in accordance with the provision of the Bankruptcy Code and this Plan.
   A. Secured creditors shall retain their mortgage, lien or security interest in collateral until the earlier of (a) the payment of the underlying debt determined under no bankruptcy law, or (b) discharge under 11 USC 1328.

   B. Creditors who have co signers, co makers, or guarantors from whom they are enjoined from collection under 11 U.S.C. 1301, and which are separately classified and shall file their claims, including all fo the contracted interest which is due or will become due during the comsummation of the Plan, and payment of the amount specified in the proof of claim the creditor shall constitute full payment of the debt as to the Debtor and any Co-Obligor.

   C. All priority creditors under 11 U.S.C. 507 shall be paid in full in deferred cash payments.

From the payments received under the plan, the trustee shall make disbursements as follows:
a. Administrative Expenses.
   1. Trustees Fee- 6.00%
   2. Attorneys Fee ( unpaid portion): NONE
   3. Filing Fee ( unpaid portion): NONE

b. Priority Claims under 11 U.S.C. 507

| Name: | Amt. Of Claim | Interest |
|---|---|---|
| Indiana Department of Workforce Dev. | 2,092.80 | 0.00% |
| Internal Revenue Service | 13,194.52 | 0.00% |

c. Secured Claims
(1) Secured debts which will not extend beyond the length of the plan.

| Name | Proposed Amt Allowed | Monthly payment (if Fixed) | Interest |
|---|---|---|---|
| IN Department of Revenue | 3,438.93 | 57.32 | 0.00 |

(2) Secured Debts which will extend beyond the length of the plan.

**NONE**

d. Unsecured Claims

1) Special Nonpriority , Unsecured Debts which are co-signed or are non-dischargeable shall be paid in full (100%)

| Name | Amount of Claim | Interest |
|---|---|---|

**NONE**

(2) General Nonpriority Unsecured: other unsecured debts shall be paid pro rata, with no interest if the creditor has no co-obligators, provided that where the amount or balance of any unsecured claim is less than $10.00 it may be paid in full.

5. The Debtor proposes to cure defaults to the following creditors by means of monthly payments by the trustee:

| Name | Amount of Default to be Cured | Interest Rate |
|---|---|---|

**NONE**

6. The Debtor shall make regular payments to the following creditors:

| Name | Amount of Claim | Monthly Payment. | Interst Rate |
|---|---|---|---|

**NONE**

7. The employer on Whom the Court will be requested to order payment withheld from earnings is:
NOW Courier & Messenger, INC.
$76.35 To be deducted weekly and paid to the Trustee.

8. The following executory contracts of the debtor are rejected:

| Other Party | Description of Contract or Lease |
|---|---|

**NONE**

9. Property to be surrendered of the Secured Creditor

| Name | Amount of Claim | Description of Property |
|---|---|---|
| GreenTree | 111,450.00 | Residence Located at 56883 Oak Rd., SB, IN 46619 |

10.The following Liens shall be avoided pursuant to 11 U.S.C. 522 (f) or other sections of the Bankruptcy Code:

| Name | Amount of Claim | Description of Property |
|---|---|---|

**NONE**

11.Title to the Debtors property shall remain vested in the estate until dismissal or discharge.

12. As used herein, the term "Debtor" shall include bothe debtors in a joint case.

13. Other Provisions:

    A. Debtor shall turn over to the Chapter 13 Trustee copies of his state and federal tax returns and any refund in excess of $3,000 each year for the duration of the Plan.

    B  The trustees Fee pursuant to paragraph 4 a (1) shall be paid as set by 28 U.S.C. 586 (e).

# United States Bankruptcy Court
## Northern District of Indiana

In Re <u>Brian Anthony Baker, Kristen Lee Baker</u>     Case No-<u>10-32666</u>

                                      Debtors                      Chapter <u>13</u>

## Chapter 13 Plan
(Signature Page)

Date <u>6/24/2010</u>     Signature _____
                                    Brian Anthony Baker

Date <u>6/24/2010</u>     Signature _____
                                    Kristen Lee Baker